**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alvernon Brown,<br><br>        Plaintiff,<br><br>vs.<br><br>U.S. Collections West, Inc., et al.,<br><br>        Defendants. | No. CIV 05-2753-PHX-DKD<br><br>**ORDER** |

    The Court, having received the Stipulated Motion to Dismiss, with prejudice, of the Parties, and being fully appraised in this matter,

    NOW, THEREFORE, IT IS ORDERED that the above-captioned matter is dismissed with prejudice, each party to bear their own costs and attorney's fees incurred.

    DATED this 24th day of January, 2006.

David K. Duncan
United States Magistrate Judge